IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BENNY KOLLMAR TRINIDAD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-11-873-M |
| | ) |
| MICHAEL ADDISON, Warden, | ) |
| | ) |
| Respondent. | ) |

### ORDER

On January 27, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation: Timeliness of the Action in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that habeas relief be denied because this action is time-barred. The parties were advised of their right to object to the Report and Recommendation by February 13, 2012. Petitioner has not filed an objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 27, 2012; and

(2) DENIES the Petition for Writ of Habeas Corpus as time-barred; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 22nd day of February, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE